MURPHY et al. v. SHEA et al.

(Circuit Court of Appeals, Eighth Circuit. February 14, 1910.)

No. 2,987.

In Error to the Circuit Court of the United States for the District of Minnesota.

Action by William H. Murphy and others, as executors and trustees under the will of Simon J. Murphy, deceased, and others, against William H. Shea and Elwood L. Raab. Judgment for defendants, and plaintiffs bring error. Reversed.

M. H. Stanford, for plaintiffs in error.

J. B. Middlecoff, for defendants in error William H. Shea and Mary Shea.

Richard Sleight, for defendant in error Raab.

Before HOOK, and ADAMS, Circuit Judges, and CARLAND, District Judge.

CARLAND, District Judge. This is an action of ejectment commenced in the United States Circuit Court for the District of Minnesota, to recover the possession of a parcel of land claimed to be a part of lot 2, section 3, and lots 1 and 8 of section 4, township 57 north, range 17 west, St. Louis county, Minn. The case is ruled by the case of the same plaintiffs in error v. Tanner and Cronin, defendants in error (No. 2,986, just decided) 176 Fed. 537.

The judgment of the trial court is reversed, with directions to enter judgment, upon the facts found, in favor of plaintiffs in error for the possession of so much of the land demanded in the complaint as lies north of the Faison meander boundary line.